UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal No. 05-CR-0453-L |
|---|---|---|
| Plaintiff, | ) ) | **ORDER DENYING DEFENDANT'S MOTION TO REQUEST INS REMOVAL** |
| v. | ) ) | |
| MARIA ALEJANDRA ROJAS-GONZALEZ, | ) ) ) | [Doc. No. 25] |
| Defendant. | ) ) | |

Defendant Maria Alejandra Rojas-Gonzalez has filed a motion titled "Motion to Request INS Removal" which requests the Court to clarify to the Bureau of Prisons that it ordered a 6-month sentence of imprisonment and a 3-month term of community confinement in this case. This requested clarification is not consistent with court records which indicate Defendant was sentenced to a term of imprisonment of 12 months and one day. Accordingly, Defendant's Motion to Request INS Removal is **DENIED**.

**IT IS SO ORDERED.**

DATED: March 16, 2007

M. James Lorenz
United States District Court Judge

05cr0453